SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

GEORGE L. BEVAN JR. (CSBN 65207)
Assistant United States Attorney

    Federal Courthouse
    1301 Clay Street, Suite 340S
    Oakland, Ca. 94612
    Telephone: 510-637-3689
    Fax: 510-637-3679
    Email: george.bevan@usdoj.gov

Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Nos. CR-06-472-SBA |
| Plaintiff, | )       CR-98-40120-SBA |
| v. | ) |
| | ) STIPULATION AND ORDER |
| | ) FOR SCHEDULING OF |
| | ) <u>CHANGE OF PLEA</u> |
| DAVID LEE DUCKART, | ) |
| Defendant. | ) |
| _____ ) | |

     The parties jointly stipulate and request that this matter be specially calendared for change of plea on the Court's calendar on **November 28, 2007**, at **9:00 a.m.** A copy of the plea agreement agreed upon by the parties will be provided to the Court in advance of the scheduled court appearance.

                                 Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney

Dated: _____    _____
                                     GEORGE L. BEVAN JR.
                                     Assistant United States Attorney

Dated: _____  
GARRICK LEW  
Counsel for Defendant David Duckart

IT IS SO ORDERED.

Dated: _11/26/07  
SAUNDRA BROWN ARMSTRONG  
United States District Judge